ACCEPTED
03-14-00180-CR
3846935
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/21/2015 2:28:18 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00180-CR

### IN THE

### COURT OF APPEALS

### THIRD DISTRICT OF TEXAS

### AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/21/2015 2:28:18 PM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| CURTIS ADAMS | § | APPELLANT |
| VS. | § | |
| THE STATE OF TEXAS | § | APPELLEE |

### APPEAL FROM THE 299TH JUDICIAL DISTRICT COURT

### TRAVIS COUNTY, TEXAS

### CAUSE NO. D1-DC-11-904084

### **STATE'S THIRD MOTION FOR EXTENSION OF TIME**

**TO THE HONORABLE COURT OF APPEALS:**

The State of Texas respectfully moves for an extension of the deadline for filing the State's brief and, in accordance with Texas Rules of Appellate Procedure 38.6 and 10.5(b), advises the Court as follows:

(a)    Following his conviction for Aggravated Assault, the appellant filed his notice of appeal in the above cause on February 17, 2012.  Appellant's original appeal was dismissed for want of jurisdiction. However, the Court of Criminal appeals

1

granted an out-of-time appeal for the appellant on April 14, 2014. Appellant's counsel filed a brief on October 22, 2014.

(c) The State's brief is currently due on **January 21, 2015**.

(c) This request is that the deadline for filing the State's brief be extended by **30 days**.

(d) The number of previous extensions of time granted for submission of the **State's** brief is: **two**.

(e) The State relies upon the following facts to reasonably explain the need for an extension of the deadline:

1. The attorney assigned to this case is a part-time attorney and has not had sufficient time to prepare an adequate responsive brief.

2. During the period since the appellant's brief was filed, the undersigned attorney has completed and filed an original brief in four other pending appellate cases, (i.e., *Thomas Atkinson v. State of Texas,* No. 03-13-00746-CR; *Paul Ahern v. State of Texas,* No. 03-14-00090-CR; *Terri Elmore-Munoz v. State of Texas,* No. 03-14-00136-CR; and *T.T. v. Texas Department of Family and Protective Services,* No. 03-14-00659-CV). The undersigned attorney is also responsible for preparing the State's brief in two other pending appellate cases, (*W.W. v. Texas Department of Family and*

2

*Protective Services,* No. 03-14-00590-CV; and *Jesus Villalobos, Jr. v. State of Texas,* No. 03-13-00687-CR).

3. This request is not made for the purpose of delay, but to ensure that the Court has a proper State's brief to aid in the just disposition of the above cause.

WHEREFORE, the State of Texas respectfully requests that the deadline for filing the State's brief be extended to **February 20, 2015.**

Respectfully submitted,

ROSEMARY LEHMBERG
District Attorney
Travis County, Texas

*/s/ Rosa Theofanis*
Rosa Theofanis
Assistant District Attorney
State Bar No. 24037591
P.O. Box 1748
Austin, Texas 78767
(512) 854-9400
Fax No. 854-4810
Rosa.Theofanis@traviscountytx.gov
AppellateTCDA@traviscountytx.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i), I hereby certify, based upon the computer program used to generate this motion, that this motion contains 340 words, excluding words contained in those parts of the motion that Rule 9.4(i) exempts from inclusion in the word count. I certify, further, that this motion is printed in a conventional, 14-point typeface.

*/s/ Rosa Theofanis*
Rosa Theofanis
Assistant District Attorney


## CERTIFICATE OF SERVICE

I hereby certify that, on the 21st day of January, 2015, a true and correct copy of this motion was served, by U.S. mail, electronic mail, facsimile, or electronically through the electronic filing manager, to the Appellant's attorney, Ariel Payan, Attorney at Law, 1012 Rio Grande, Austin, Texas 78701.

*/s/ Rosa Theofanis*
Rosa Theofanis
Assistant District Attorney